Order filed January 14, 2020



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00821-CV
_____

## IN THE ESTATE OF CYNTHIA HUTCHISON, DECEASED

---

**On Appeal from Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. 411054-402**

---

## O R D E R

No reporter's record has been filed in this case. The official court reporter for Probate Court No. 3 informed this court that appellant Anthony L. Hutchison had not made arrangements for payment for the reporter's record. On November 26, 2019, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no response.

Accordingly, we order appellant to file a brief in this appeal within 30 days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.